El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.

---

BYRON ET AL., DEMANDANTES Y APELADOS, *v.* GONZÁLEZ, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

No. 1000.—Resuelto en noviembre 6, 1913.

COSTAS—ACCIÓN DE FILIACIÓN—DONDE DEBE DISCUTIRSE LA CONCESIÓN DE COSTAS.—La cuestión de si en una acción de filiación deben o no concederse honorarios de abogados, por no haber materia litigiosa calculable en dólares, debe ser planteada y discutida en la apelación contra la sentencia y no en una apelación contra una orden aprobando el memorándum de costas.

ID.—HONORARIOS DE ABOGADOS—DISCRECIÓN DEL TRIBUNAL SENTENCIADOR.—La determinación de la cuantía de los honorarios de abogados impuestos como parte de las costas descansa en gran parte en la discreción del tribunal sentenciador.

Los hechos están expresados en la opinión.

Abogado de Inocencia Byron: *Sr. Emigdio S. Ginorio.*

Abogados de la apelante: *Sres. H. H. Scoville* y *Enrique Rincon.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso la apelación se interpuso contra una orden dictada por la Corte de Distrito de San Juan, Sección 1ª., aprobando un memorándum de costas.

Por el único fundamento que se impugnó dicho memorándum en la corte inferior fué por ser excesiva la suma fijada. Alega sin embargo el apelante en su alegato presentado a este tribunal, que el caso no era uno en que pueden concederse debidamente honorarios de abogado, habiéndose fijado la suma de $300 como honorarios de abogado. El apelante ahora sostiene que como ésta fué una acción sobre filiación, no había materia litigiosa calculable en dólares, y por consiguiente que

la corte no estaba facultada para conceder honorarios. Desde que fué decidido el caso de *Veve* v. *El Municipio. de Fajardo*, 18 D. P. R., 764, ha sido jurisprudencia constante de este tribunal, que el punto relativo a si deben concederse costas y honorarios de abogado solamente puede discutirse en la apelación que se interponga contra la sentencia misma, cuya doctrina ha sido confirmada posteriormente en el caso de *Hermida* v. *Márquez*, resuelto en 5 de mayo, 1913, (pág. 466), y en el de *Busigó* v. *Yordán et al.*, fallado en 29 de mayo, 1913, (pág. 627). En este caso la corte condenó al apelante al pago de costas y honorarios.

La cuestión aparente en esta apelación es que los honorarios fueron excesivos. La determinación de su cuantía descansa grandemente en la discreción de la corte sentenciadora. Véase el caso de *Cautiño et al.* v. *Muñoz et al.*, resuelto en 17 de octubre, 1913, (pág. 1009). En el presente caso el apelante ha prescindido al parecer de la cuestión de ser excesivos dichos honorarios, y no apareciendo de modo especifico en los autos bien por *affidavit* o en alguna otra forma, que la suma concedida sea muy crecida, la orden apelada debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.